UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

William M. Pollack

                Plaintiff,

v.

                                  Case No.: 1:13−cv−07653
                                  Honorable Michael T. Mason

InCrowd, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 9, 2015:

        MINUTE entry before the Honorable Michael T. Mason:The parties' Joint Motion to Approve Epic as Cy Pres Recipient [100] is granted. The 10/15/15 notice of motion date is stricken; no appearance is necessary on that date.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.