IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK, on behalf of plaintiff and the class members defined herein,<br><br>Plaintiff,<br><br>v.<br><br>INCROWD, INC.,<br><br>Defendant. | 13 C 7653<br><br>**Magistrate Judge Mason**<br><br>**DECLARATION OF JONATHAN CARAMEROS RE: PROOF OF PAYMENT MADE TO CLASS MEMBERS AND CLASS COUNSEL** |

1. I am a Vice President of Operations at KCC Class Action Services LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This declaration supplements the declaration Stefanie C. Gardella executed on August 10, 2015, and provides proof of payment of the settlement awards to the class members and the attorneys' fees and costs to class counsel.

3. On June 22, 2015, KCC received settlement funding in the amount of $375,000.

4. On June 29, 2015, KCC wire-transferred the attorneys' fees and costs to class counsel, Edelman Combs Latturner & Goodwin LLC, in the amount of $73,750.00.

5. On June 29, 2015, KCC issued and mailed the incentive award payment to Dr. William M. Pollack in the amount of $2,500.

6. On June 29, 2015, KCC received payment of administration fees in the total amount of

$79,394.66.

7. On May 28, 2015, KCC mailed W9 forms to the 21 class members with settlement awards greater than $600. Each of the 21 class members returned their W9 form.

8. On July 21, 2015, KCC mailed settlement award checks and check transmittal letters to the 10,321 class members. KCC consolidated the claims of several claimants so that one check could be issued to a person/entity who submitted more than one valid claim.

9. Each member of the Settlement Class who submitted a valid claim was paid for each for each fax transmission corresponding to the fax number on the Fax List. Each settlement share was determined, based on a pro rata distribution of the Settlement Fund, to be worth $2.99. The total of the settlement awards for these 10,321 eligible class members was $218,708.47. The void date on each of the settlement award checks was September 21, 2015. Each check also contained a return address of P.O. Box 43009, Providence, RI 02940-3009. There were 44 requests to reissue checks from class members. There were 44 requests to reissue checks from the class members. KCC promptly reissued checks to each of these class members.

10. As of the date of this declaration, 9,543 checks have been cashed for a total amount of $206,729.37, and 778 checks were not cashed for a total amount of $11,979.10.

11. On October 19, 2015, the remaining settlement funding in the amount of $12,625.97 was issued to the named *cy pres* recipient Electronic Privacy Information Center.

12. On December 1, 2015, the *Pollack v. InCrowd Settlement Fund* account will be closed.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 13TH day of November 2015 at Novato, California.

JONATHAN CARAMEROS

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on November 13, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which will cause notification of such filing to be sent to the following:

    David M. Poell (DPoell@sheppardmullin.com)
    David S. Almeida (dalmeida@sheppardmullin.com)
    Sheppard Mullin Richter & Hampton LLP
    70 W. Madison Street, 48th Floor
    Chicago, IL 60602

    Daryl Schumacher (dschumacher@ksblegal.com)
    Kopecky Schumacher Bleakley Rosenburg, P.C.
    203 N. LaSalle Street, Ste. 1620
    Chicago, IL 60601

                                        s/Heather Kolbus
                                        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)